UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MICHAEL DUNN,

    Plaintiff,

v.

ARLENE PETERSON, et al.,

    Defendants.

Case No. 16-cv-00792-NJV

**ORDER OF RECUSAL**

This Court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

**IT IS SO ORDERED**

Dated: May 17, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge