UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DUNN,

    Plaintiff,

v.

ARLENE PETERSON, et al.,

    Defendants.

Case No. 16-cv-00792-JST

**ORDER VACATING HEARING**

Re: ECF Nos. 15, 20

Before the Court are Defendants' motions to dismiss. ECF Nos. 15, 20. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for August 18, 2016, is hereby vacated.

IT IS SO ORDERED.

Dated: August 8, 2016

                        JON S. TIGAR
                United States District Judge